IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARVIN SMITH, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv287 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| HARTFORD LIFE AND ACCIDENT : | |
| INSURANCE COMPANY, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on May 22, 2007(Doc. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 12, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's motion for judgment on the administrative record (Doc. 20) is **GRANTED** and this matter is **REMANDED** for reinstatement of plaintiff's long-term disability benefits.

Hartford's motion for judgment on the administrative record (Doc. 23) is **DENIED.**

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge